E-filing

RECEIVED
2012 JUN 19 A 11: 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**C V   1 2   3 1 5 3 MEJ**

Alta Fish

**CASE NO.**

Plaintiff,

v.

DePuy Orthopaedics, Inc, et al.

Defendant.

_____/

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Merritt E. Cunningham, Esq.          , whose business address and telephone number is

Smith Stag, L.L.C.
365 Canal St., Ste. 2800
New Orleans,. LA 70130    (504) 593-9600

and who is an active member in good standing of the bar of      Louisiana

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:    June 26, 2012



IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA